# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>ANDRES MARTINEZ (1) and RAMON LOPEZ-CORTEZ (4),<br><br>                          Defendants. | Case No.: 21-CR-1954-GPC<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE AS TO DEFENDANTS ANDRES MARTINEZ (1) AND RAMON LOPEZ-CORTEZ (4)** |

      This matter comes before the Court upon the application of the United States of America to dismiss without prejudice the Information in this case as to Defendants ANDRES MARTINEZ (1) and RAMON LOPEZ-CORTEZ (4) under Rule 48(a) of the Federal Rules of Criminal Procedure. For reasons stated in the motion, the court finds that the interests of justice are served by granting the requested dismissal.

      **WHEREFORE, IT IS HEREBY ORDERED** that the Government's application to dismiss without prejudice the Information as to Defendants ANDRES MARTINEZ (1)
/ / /

and RAMON LOPEZ-CORTEZ (4) is **GRANTED**.

     **IT IS SO ORDERED.**

Dated: July 8, 2021

Hon. Gonzalo P. Curiel
United States District Judge